IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| CEDARAPIDS, INC. | ) | |
| | ) | |
| v. | ) | NO. 3:02-1243 |
| | ) | JUDGE CAMPBELL |
| JOHNSON CRUSHERS | ) | |
| INTERNATIONAL, INC., et al. | ) | |

ORDER

Pending before the Court is Defendants' Motion for Reconsideration of the Constructions of the Disputed Claim Terms (Docket No. 208). For the reasons stated in the accompanying Memorandum, the Motion (Docket No. 208) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE