IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CEDARAPIDS, INC. ) | |
| ) | |
| v. ) | NO. 3:02-1243 |
| ) | JUDGE CAMPBELL |
| JOHNSON CRUSHERS ) | |
| INTERNATIONAL, INC., et al. ) | |

ORDER

Pending before the Court is Cedarapids' Motion for Partial Summary Judgment with Respect to Defendants' Defenses of Invalidity and Unenforceability (Docket No. 144). Also pending before the Court are: 1) Cedarapids' Motion for Partial Summary Judgment with Respect to Defendants' Affirmative Defenses and Counterclaims Relating to Inequitable Conduct and Fraud (Docket No. 146); 2) Defendants' Motion for Partial Summary Judgment of Invalidity as to Claims 11, 15, 16 and 17 of the '981 Patent and Claims 1, 2, 3, 5, 6, and 17 of the '306 Patent (Docket No. 154); 3) Defendants' Motion for Partial Summary Judgment of Unenforceability as to the '981 Patent and the '306 Patent (Docket No. 157); and 4) Defendants' Motion for Partial Summary Judgment of Invalidity as to Claims 8, 10, 11, 13, 15, 16, 18 and 19 of the '306 Patent (Docket No. 160).

For the reasons stated in the accompanying Memorandum, Cedarapids' Motion for Partial Summary Judgment with Respect to Defendants' Defenses of Invalidity and Unenforceability (Docket No. 144) is GRANTED. Cedarapids' Motion for Partial Summary Judgment with Respect to Defendants' Affirmative Defenses (Docket No. 146) is GRANTED. Defendants' Motion for Partial Summary Judgment of Invalidity (Docket No. 154) is DENIED. Defendants' Motion for Partial Summary Judgment of Unenforceability (Docket No. 157) is

DENIED.  Defendants' Motion for Partial Summary Judgment of Invalidity (Docket No. 160) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE