IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CEDARAPIDS, INC. ) | |
| ) | |
| v. ) | NO. 3:02-1243 |
| ) | JUDGE CAMPBELL |
| JOHNSON CRUSHERS ) | |
| INTERNATIONAL, INC., et al. ) | |

ORDER

Pending before the Court is Cedarapids' Motion for Partial Summary Judgment of Infringement of the '981 and '306 Patents (Docket No. 148). Also pending before the Court is: 1) Defendants' Motion for Partial Summary Judgment of Noninfringement as to Claims 11, 15, 16 and 17 of the '981 Patent and Claims 1, 2, 3, 5, 6, and 17 of the '306 Patent (Docket No. 163); and 2) Defendants' Motion for Oral Argument (Docket No. 163).

For the reasons stated in the accompanying Memorandum, Cedarapids' Motion for Partial Summary Judgment (Docket No. 148) is DENIED. Defendants' Motion for Partial Summary Judgment (Docket No. 163) is DENIED. Defendants' Motion for Oral Argument (Docket No. 163) is DENIED.

IT IS SO ORDERED.

*/s/ Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE