UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CEDARAPIDS, INC.           )
                           )
v.                         )   No. 3:02-1243
                           )   CHIEF JUDGE CAMPBELL
JOHNSON CRUSHERS INTERNATION, )
INC., et al.               )

ORDER

The above-styled case having been closed, it is hereby

ORDERED that:

(X) The party or parties who submitted material under seal (Docket Entry Nos. 149 and 201, and Attachments to Docket Entry Nos. 36, 83, 85, 99, 104, 127, and 152) shall retrieve the same within ten (10) days of the date of entry of this Order on the docket. If the material is not retrieved within the time specified, the Clerk is directed to destroy the material.

( ) The Clerk is directed to unseal the attached material and make them part of the record.

( ) The Clerk is directed to shred the attached sealed material.

( ) The Clerk is directed to maintain the attached material under seal.

                                    _____
                                    TODD J. CAMPBELL
                                    CHIEF UNITED STATES DISTRICT JUDGE